No. 512. MOORE ET AL. *v.* BACKUS ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit

Court of Appeals for the Seventh Circuit denied. *Messrs. Walter H. Jacobs, Harold A. Smith, Albert H. Veeder, Frederic Burnham, Frank D. Mayer, Henry Veeder, Carl Meyer, David F. Rosenthal,* and *Irving B. Goldsmith* for petitioners. *Mr. Morris Townley* for respondents. ■